IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE MADDOX,<br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF<br>PENNSYLVANIA's DEPARTMENT OF<br>CORRECTIONS, *et al.*,<br>Defendants. | :<br>:<br>:<br>: **CIVIL ACTION NO. 19-1384**<br>:<br>:<br>:<br>:<br>: |

FILED
APR 3 0 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 29μ day of April, 2019, upon consideration of Plaintiff Tyrone Maddox's Motion to Proceed *In Forma Pauperis* (ECF No. 6), his Prisoner Trust Fund Account Statement (ECF No. 7), and his *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. Tyrone Maddox, #GD 1152, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court hereby directs the Warden of SCI Mahanoy or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Maddox's inmate account; or (b) the average monthly balance in Maddox's inmate account for the six-month period immediately preceding the filing of this case. The Warden or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Maddox's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Maddox's inmate account until the fees are paid. Each payment shall reference the docket number for this case.

3. The Clerk of Court is directed to **SEND** a copy of this order to the Warden of SCI Mahanoy.

4. The Complaint is **DEEMED** filed.

5. The Complaint is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Maddox is granted leave to refile his state law claims in an appropriate state court.

                    **BY THE COURT:**

                    _/s/ Petrese B. Tucker_____
                    **PETRESE B. TUCKER, J.**